IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| PAUL LAWRENCE BRUNER, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV-22-1031-R |
| | ) | |
| CLEVELAND COUNTY COURTHOUSE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff filed this action pursuant to 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) the matter was referred to United States Magistrate Judge Gary M. Purcell for preliminary review. On December 19, 2022, Judge Purcell issued a Report and Recommendation wherein he recommended that Plaintiff's Application for Leave to Proceed *In Forma Pauperis* be denied. Judge Purcell further recommended that the case be dismissed if Plaintiff did not tender payment before January 9, 2023. The record reflects that Plaintiff has not filed a timely objection to the Report and Recommendation nor has he sought an extension of time in which to file his objection. Furthermore, Plaintiff has not tendered payment to the Court or given any indication that he intends to do so. Accordingly, the Report and Recommendation is hereby ADOPTED IN ITS ENTIRETY, the Motion for Leave to Appeal *In Forma Pauperis* (Doc. No. 6) is DENIED and this action is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED** this 20th day of January 2023.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE